# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0008. IN THE INTEREST OF L. R. et al., CHILDREN.**

The Verified Emergency Motion filed by Patrick Roether and Hollie Roether on October 17, 2019, is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/17/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*